MICHELE BECKWITH
Acting United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>RYAN P. MARRON<br><br>          Defendant. | Case No. 1:25-po-00054-SAB<br><br>[Citation #9336972 CA/74]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Michele Beckwith, Acting United States Attorney, and Arin C. Heinz, Assistant United States Attorney, hereby moves to dismiss Case No. 1:25-po-00054-SAB [Citation #9336972 CA/74] against RYAN P. MARRON, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: March 17, 2025                    Respectfully submitted,

                                         MICHELE BECKWITH
                                         Acting United States Attorney

                              By:        /s/ *Arin C. Heinz*
                                         ARIN C. HEINZ
                                         Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:25-po-00054-SAB [Citation #9336972 CA/74] against RYAN P. MARRON be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: **March 17, 2025**

STANLEY A. BOONE
United States Magistrate Judge

U.S. v. Marron
Case No. 1:25-po-00054-SAB